IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01517-MJW

DAVID R. NASTLEY,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

     Defendant.

---

## FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order signed by the Honorable Michael J. Watanabe on September 24, 2014 , incorporated herein by reference, it is

     ORDERED that the Commissioner's decision is REMANDED to the Commissioner.  It is

     FURTHER ORDERED that upon rehearing, the Commissioner is to (1) expressly consider all limitations suggested by Dr. Leidal; (2) if appropriate, update the RFC analysis; and (3) if appropriate, develop any further record necessary to complete the Step 5 vocational analysis.  It is

     FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, David R. Nastley, and against Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

     DATED at Denver, Colorado this __24th___ day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk