IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01517-~~JLK~~ MJW

DAVID R. NASTLEY,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER** ( Docket No. 24 )

---

This Court, having reviewed the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (the Motion), and being fully apprised in its premises,

ORDERS that the Motion is granted. Defendant shall pay $3,482.50 of attorney fees to Plaintiff pursuant to the EAJA. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Done this 12TH day of November, 2014.

_____
The Honorable Michael J. Watanabe
United States District Court Judge